**Max M. TANNENBAUM v. P. BALLANTINE & SONS, Appellant.**

No. 9356.

Circuit Court of Appeals, Third Circuit.

Argued June 2, 1947.

Decided June 16, 1947.

Andrew B. Crummy, of Newark, N.J. (William A. Consodine, of Newark, N. J., on the brief), for appellant.

Joseph B. Schwartz, Asst. U. S. Atty., of Newark, N. J. (Edgar H. Rossbach, U. S. Atty., of Newark, N.J., on the brief), for appellee.

Before BIGGS, MARIS, and O'CONNELL, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed.

**UNITED STATES of America v. Francis C. SCHINGEN, Appellant.**

No. 9400.

Circuit Court of Appeals, Third Circuit.

Argued June 6, 1947.

Decided June 12, 1947.

Cornelius C. O'Brien, of Philadelphia, Pa. (Isadore A. Shrager and Joseph F. McVeigh, both of Philadelphia, Pa., on the brief), for appellant.

Edward A. Kallick, Asst. U. S. Atty., of Philadelphia, Pa. (Gerald A. Gleeson, U. S. Atty., of Philadelphia, Pa., on the brief), for appellee.

Before McLAUGHLIN, O'CONNELL, and KALODNER, Circuit Judges.

PER CURIAM.

Our independent examination of the record shows that there was no abuse of discretion by the Trial Court in this matter.

Judgment affirmed.

**S. A. WALD & COMPANY, Inc., Appellant, v. CORN EXCHANGE NATIONAL BANK & TRUST COMPANY.**

No. 9298.

Circuit Court of Appeals, Third Circuit.

Argued April 11, 1947.

Decided April 18, 1947.

Albert S. Oliensis, of Philadelphia, Pa. (Levi, Mandel & Miller and Jacob K. Miller, all of Philadelphia, Pa., on the brief), for appellant.

Lewis H. VanDusen, Jr., of Philadelphia, Pa. (J. Horace Churchman and Drinker, Biddle & Reath, all of Philadelphia, Pa., on the brief), for appellee.

Before GOODRICH, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of the District Court, 71 F.Supp. 277.